UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN THE MATTER OF AN ARREST WARRANT | No. 3:21mj603(SALM) <br><br> **Filed Under Seal** |

AFFIDAVIT

Daniel Sentementes, being first duly sworn, hereby deposes and states the following:

General Background

1. I am a Task Force Officer ("TFO") with the New Haven Division of the Federal Bureau of Investigation ("FBI") and have been assigned to the FBI's Joint Terrorism Task Force ("JTTF") since approximately June 2016. During the course of my assignment with the JTTF, I have conducted investigations regarding material support of terrorism, weapons violations, and other international and domestic terrorism related matters. As part of my JTTF responsibilities, I am assigned to the New Haven FBI's Railroad Liaison Program, Behavioral Analysis Unit, and Weapons of Mass Destruction Program. Also, from February 2009 to the present, I have been employed by the Yale University Police Department ("YPD"), where I have investigated narcotics, weapons, sexual assaults, fraud, and other criminal violations. In additions to my duties as a member of the YPD, I am also currently a member of the New Haven Regional Bomb Squad.

2. I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the

United States who is empowered by law to investigate and to make arrests for offenses enumerated in 18 U.S.C. § 875(c).

3. This affidavit is made in support of an application for a criminal complaint authorizing the arrest of Zachary J. Turgeon (or "Turgeon"), born 1992, for violation of 18 U.S.C. § 875(c)(transmitting in interstate commerce a threat to injure the person of another). As explained below, Turgeon posted threatening statements via online social media application targeting a Yale University Law School dean ("YLS Dean").

4. Turgeon, who is from New Hampshire, had been admitted to attend Yale University Law School in 2018 and as detailed below, left the law school. Currently he does not appear to be employed. Turgeon has no known adult criminal record.

5. This affidavit is based, in part, upon information provided to me by other officers of the YPD, people familiar with the events, and other information gathered during the course of this investigation. Since this affidavit is being submitted for the limited purposes of obtaining an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause.

6. On the basis of my personal knowledge and other information that I have reviewed and determined to be reliable, there is probable cause to believe, and I do believe, that on or about April 24 and 25, 2021, in the District of Connecticut and elsewhere, Turgeon knowingly and willfully sent a message in interstate commerce containing a threat to injure the person of another.

2

## The Investigation

7. Turgeon had been admitted to the Yale University Law School in 2018. During his first year he had trouble adjusting to student life. Turgeon expressed that he had a challenging family dynamic and indicated he has a history of stressful events pertaining to his parents. In 2015, while attending the University of New Hampshire, Turgeon went through a mental health crisis where at one point, he threatened to bring a handgun to campus and threatened suicide by cop. Based upon this incident, he was involuntarily committed for a mental health evaluation.

8. According to law enforcement documentation as well as witness statements, Turgeon's mental health condition has continued to deteriorate over the past few years. In 2019, he was hospitalized at the Yale Mental Health Plan/Yale Psychiatric Hospital. Turgeon's mental state began to improve after he took medication the hospital prescribed. The YLS Dean arranged for Turgeon to receive a medical leave of absence from the Yale Law School. The stipulations of Turgeon's return to the school included his getting a job and maintaining a therapeutic relationship with his treatment program, which he did. Later, Turgeon reapplied to Yale Law School for the Fall of 2020. His behavior reportedly began to appear erratic and he subsequently did not attend Yale Law School for the Fall of 2020 semester.

9. In February 2021, the YLS Dean began receiving reports from students and faculty members that Turgeon began reaching out to the Yale Law School community. In or about March 18, 2021, Turgeon reportedly sent a very long email to students and faculty that was completely incoherent and contained several concerning things. The document contained

3

violent sexual language, some of which was directed toward individual professors and the derogatory "N" word was directed at a particular faculty member. According to the YLS Dean, the overall tone of Turgeon's writings were described as somebody who was unhinged. Those who received Turgeon's email reported to the YLS Dean that they were fearful of Turgeon. A few of the messages received indicated that Turgeon may be a danger to himself or others, some of the email messages indicated that he may want to be killed. The emails he was writing were as if he was communicating with a fictional character and a famous historical person.

10. On March 10, 2021, Turgeon's biological mother told the YPD that her son was acting strange, that he suffers from severe bipolar disorder, and that he stopped taking his prescribed medications. Turgeon's mother further added that when Turgeon stops taking his medication he becomes a danger to himself and others. According to Turgeon's mother, her son told her he will come home to New Hampshire and hang himself like the famous actor Robin Williams.

11. On March 26, 2021, Turgeon's father told the YPD that his last contact with his son was on March 12, 2021 and it was by phone and text message. Turgeon's father said he has grown concerned about his son's safety because his son was acting in a manner familiar to him when his son stops taking his bipolar medication. Also, he said that he fears for his son's safety when this occurs.

12. On March 26, 2021, based on the self-injurious comments within Turgeon's emails and post, his mother's reporting the statements made to her (desire to hang himself), and the concerns of his father, a member of the YPD contacted Verizon Communications and requested an Emergency Situation Disclosure for location information on Turgeon's cellular

phone. Verizon granted the request and provided the YPD with his cellular phone location in Spanish Landing Trail, San Diego, CA 92101, at 1140 hours (PST).

13. The YPD contacted the San Diego Harbor Police Department, and requested assistance in locating Turgeon. A search by San Diego Harbor Police Department with assistance of YPD resulted in locating Turgeon in a hotel parking lot near the Spanish Landing Trail. A clinician respond to the scene and assisted with a mental health evaluation of Turgeon. After consulting with Turgeon's parents, as well as his doctor, the San Diego Harbor Police Department clinician decided to complete a 72-hour involuntary mental health committal. Turgeon was subsequently committed to the San Diego County Psychiatric Hospital.

14. The San Diego County Psychiatric Hospital determined that Turgeon was to remain in hospital care for an additional 14 days. On April 9, 2021, Turgeon was released from the San Diego County Psychiatric Hospital.

15. On April 19, 2021, Turgeon opened a Facebook page and attached three links to his Google Docs account where he began making hundreds of posts adding to them daily. These posts were being viewed by his former Yale Law School classmates and professors. Also, he made friend requests of his former classmates, mostly women of color. A member of Yale Law School Advocacy for the Women of Yale alerted the YPD of Turgeon's postings. This member, after reading several of Turgeon's postings, said that she felt as though he was blaming the Yale Law School for his mental health committal and the reason for him no longer being a Yale Law student, that he rants about world domination, that he posted vulgar

gestures in screen shots, and that he spoke of violence against women, with racially biased undertones.

16. Based on a daily review of Turgeon's Facebook page with his Google Docs links on a daily basis beginning on April 20, 2021, the following posts were discovered on April 20, 2021. Turgeon began posting on his Facebook page threatening and harassing posts directed towards former Yale Law School classmates and faculty members at the Yale Law School. Turgeon's posts have continued to accelerate in volume. The Facebook content linked to his account has become increasingly more violent in nature.

17. Yale Law School students and faculty members were alarmed by Turgeon's posts. In many Facebook posts Turgeon claimed to have committed rape. In others he references firearms and Kevlar body armor. On May 13, 2021, Turgeon posted a comment about a photograph depicting what appears to be him standing in front of an unidentified department store "Gerber" brand knife display that shows numerous hunting knives and machetes.

18. Some of his posts are racists in nature and many of his former classmates and professors are African American. One of Turgeon's former professor, who is African American and who does not wish to be identified out of fear of retaliation, said that he is frightened because he was named in Turgeon's posts.

19. On or about April 25, 2021, I identified an online publicly accessible comment post on Google Docs that specifically threatens the YLS Dean. The post reads, "I will do work on you motherfucking bitchiggas real soon, don't worry, The best is yet to come! If I were [specifically identifying the YLS Dean by name]. I would start running!" The post

6

was followed by the words, "Just some advice, though! Not a threat.." Turgeon routinely posted threatening and concerning comments directed to other people that are followed up with the words that it is not a threat.

20. On April 24 and 25, 2021, when Turgeon was posting his comments on Google Docs he was not in Connecticut and was in Texas. Based on and my training and experiencing and discussions with FBI personnel familiar with Google Docs, I understand that Google Docs is an online word processor included as part of the free, web-based Google Docs Editors suite that allows users to post messages, documents, and other items. Turgeon's Google Docs comments are readable by accessing his Facebook page. Based on YPD's request, Turgeon's Facebook page was shutdown. His Google Docs account remains active.

21. On April 27, 2021, YPD detectives interviewed the YLS Dean concerning Turgeon. The YLS Dean said that was frightened that Turgeon may return to campus and commit an act of violence against her or others. The Dean explained that in more than 20 years at the school, she has never witnessed the student body so concerned about their safety. Students reported that they wished to remain anonymous due to fears of retaliation and expressed explicit concerns that they believed they were in danger from Turgeon. The students reported to the Dean that they were afraid to leave their apartments and asked for constant updates from the Law School and YPD on the status of Turgeon's location. Also, the students asked for increased security at the Yale Law School and expressed fear about going out in public and coming into contact with Turgeon. Students were monitoring Turgeon's Facebook account themselves so as to ascertain his status and location. The Dean shared those same safety concerns and said she had contacted the local police department in her

town of residence and requested extra security checks be conducted on her home due to Turgeon's behavior and threatening statements.

22. On May 10, 2021, Turgeon's mother provided a local New Hampshire Police Department with several screenshots of text messages and social media posts from her son Zachary Turgeon that began appearing on April 24, 2021. I have reviewed the texts and postings that include the following messages:

- I HAVE GROWN SO POWERFUL THAT I FEAR NO MAN AND NO POLICE

- ALFORD SHARPTON SAYS: Fuci( THAT BITCHNIGGA! I'M GOING TO NEW HAVEN TO KILL THAT BITCHNIGGA RIGHT NOWI YOU AINT IN NO DEAD UNIVERSE, SONI THAT'S THE GOD DAMN TRUTH, MY BROTHER! THAT'S WHAT YOU ARE, BROTHERI YOU ARE MY BROTHER AND FUCI< THESE FAKE NORTHERN NIGGERSI

23. On or about April 30, 2021, based on the State's application, the Superior Court in Connecticut issued an arrest warrant for Turgeon charging him with harassment in the second degree (Conn. Gen. Stat. § 53a-183) with respect to his conduct with the YLS Dean. This is a misdemeanor charge. At this point, Turgeon has not been arrested on the State charge.

24. On May 17, 2021, the State Court issued authorization for YPD to receive from Verizon Wireless Turgeon's cell site location information. Turgeon appears to be operating his vehicle in the Long Island area of New York.

### Request for Sealing

25. I request that the Court order that all papers in support of this application, including the affidavit, criminal complaint, and arrest warrant be sealed until further order of the Court. Premature disclosure of this affidavit and the requested arrest warrant would compromise the ongoing investigation, interfere with the arrest of Turgeon, alert him to the evidence developed to date, and possibly jeopardize the safety of the victim.

### Conclusion

26. Based on the foregoing, I respectfully request that the Court issue the accompanying arrest warrant.

Respectfully submitted,

DANIEL SENTEMENTES (Affiliate)
Digitally signed by DANIEL SENTEMENTES (Affiliate)
Date: 2021.06.16 18:34:48 -04'00'

Daniel Sentementes
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me by telephone on June 16, 2021 at New Haven, Connecticut.

Sarah A. L. Merriam, U.S.M.J.
Digitally signed by Sarah A. L. Merriam, U.S.M.J.
Date: 2021.06.16 19:01:59 -04'00'

HON. SARAH A.L. MERRIAM
UNITED STATES MAGISTRATE JUDGE